Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
District of Colorado

____CIVIL___ Division

| | |
|---|---|
| MICHAEL KRYKA<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>Arapahoe County Court, State of Colorado<br>&<br>Arapahoe County Sheriff's Civil Unit<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☑ Yes  ☐ No |

*FILED U.S. DISTRICT COURT DISTRICT OF COLORADO  2021 SEP -9 AM 11:40  JEFFREY P. COLWELL CLERK  BY____ DEP. CLK*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MICHAEL KRYKA |
| Address | 2323 CURTIS STREET |
| City / State / Zip Code | DENVER / CO / 80205 |
| County | ARAPAHOE |
| Telephone Number | |
| E-Mail Address | N/A |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ARAPAHOE COUNTY COURT, STATE OF COLORADO |
| Job or Title (if known) | |
| Address | 1790 WEST LITTLETON BLVD |
| City / State / Zip Code | LITTLETON / CO / 80120 |
| County | ARAPAHOE |
| Telephone Number | (303) 645-6600 |
| E-Mail Address (if known) | |

☐ Individual capacity  ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | ARAPAHOE COUNTY SHERIFF'S CIVIL UNIT |
| Job or Title (if known) | |
| Address | 13101 E BRONCOS Pkwy |
| City / State / Zip Code | CENTENNIAL / CO / 80112 |
| County | ARAPAHOE |
| Telephone Number | (303) 795-4711 |
| E-Mail Address (if known) | |

☐ Individual capacity  ☐ Official capacity

Defendant No. 3
    Name _____
    Job or Title *(if known)* _____
    Address _____
        *City    State    Zip Code*
    County _____
    Telephone Number _____
    E-Mail Address *(if known)* _____

☐ Individual capacity      ☐ Official capacity

Defendant No. 4
    Name _____
    Job or Title *(if known)* _____
    Address _____
        *City    State    Zip Code*
    County _____
    Telephone Number _____
    E-Mail Address *(if known)* _____

☐ Individual capacity      ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

28 USC 1331 - 1446 & ARTICLE III U.S. CONSTITUTION RIGHTS
42 U.S.C. 264(e), (42 U.S.C. 264) and 42 CFR 70.2, 5 U.S.C. 553(b)(3)(B), AND CRIMINAL PENALTIES UNDER 18 U.S.C. 3559, 3571; 42 U.S.C. 243, 268, 271; and 42 CFR 70.18,
PLEASE REVIEW ATTACHED EXHIBITS.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

y

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

ON 11-12-2020 AT 0930, I WAS LOCKED OUT OF MY HOME. I AM AN ELCTRICIAN & MY JOB WAS LOST DUE TO THE COVID-19 PANDEMIC. I AM CURRENTLY ON UNEMPLOYMENT AND HAVE NOWHERE TO GO. I AM CURRENTLY HOMELESS SLEEPING HERE AND THEIR WITH FRIENDS WHICH IS IN VIOLATOIN OF THE CURRENT STANDING CDC AND FEDERAL REGISTRY ORDER.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

13620 E. 13th Place
Aurora, CO 80011

B. What date and approximate time did the events giving rise to your claim(s) occur?

ON THE MORNING OF JULY 20th, @ 1243.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

A COMPLAINT FOR EVICTION WAS FILED AGAINST ME BUT I WAS NOT PROPERLY SERVED. AS WELL, THE ARAPAHOE COUNTY SHERIFF'S DEPARTMENT DID NOT GIVE ME ANY WARNING THAT THEY WERE COMING TO LOCK ME OUT OF MY HOME.

PLAINTIFF INFORMED THE DEFENDANT OF THE CDC AND FEDERAL REGISTRY INFORMATION REGARDING THE NATIONWIDE "STAY" OF EVICTIONS AND THE CDC NATIONWIDE EVICTION MORATORIUM BUT THE DEFENDANT STATED "THE CDC AND FEDERAL REGISTRY HAS NO JURISDICTION IN ARAPAHOE COUNTY, STATE OF COLORADO. Judge ANNA MARIE OLLADA Statement below.

"The Court finds the CARES Act does not apply to the allegations in the
Complaint. The Court finds no Executive Order which applies to the allegation in the Complaint."

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**IV.   Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

PLAINTIFF IS NOW HOMELESS, LIVING IN HIS CAR, DUE TO DEFENDANT'S ACTIONS. PLAINTIFF IS NOW AT GREAT RISK OF OF CONTRACTING COVID-19 VIRUS THAT MAY NOT ONLY CAUSE GREAT ILLNESS TO THE PLAINTIFF BUT MAY ALSO CAUSE DEATH TO THE PLAINTIFF. AS WELL, THE DEFENDANTS ACTIONS MAY CAUSE THE ILLNESSES AND DEATHS OF OTHERS IN THE PUBLIC.

PLAINTIFF INFORMED THE DEFENDANT OF THE EXECUTIVE ORDER AND THE CDC ORDER AND FEDERAL REGISTRY INFORMATION REGARDING THE NATIONWIDE "STAY" OF EVICTIONS AND THE CDC NATIONWIDE EVICTION MORATORIUM BUT THE DEFENDANT STATED "THE CDC AND FEDERAL REGISTRY HAS NO JURISDICTION IN ARAPAHOE COUNTY , STATE OF COLORADO. IN LAYMEN TERMS, ARAPAHOE COUNTY JUDGE, ANNA MARIE OLLADA, OF THE STATE OF COLORADO, BELIEVES SHE HAS JURISDICTION OF THE EXECUTIVE AND LEGISLATIVE BANCHES OF THE UNITED STATES OF AMERICA.

**V.   Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

IF THE DEFENDANT DOES NOT COMPLY WITH THE CDC AND FEDERAL REGISTRY ORDERS, PLAINTIFF SEEKS ACTUAL AND PUNITIVE DAMAGES AGAINST DEFENDANT IN THE AMOUNT OF $4,000,000.00. THIS IS REMUNERATION AND REPARATION AMOUNT WHICH REFLECTS THE HARM WHICH PLAINTIFF IS NOW SUFFERING.

NOT ONLY PUTTING THE DEFENDANT AT RISK OF CONTRACTING COVID-19 THAT MAY CAUSE MY DEATH BUT THE ILLNESSES AND DEATHS OF OTHERS IN THE PUBLIC.

PLAINTIFF INFORMED THE DEFENDANT OF THE CDC AND FEDERAL REGISTRY INFORMATION REGARDING THE NATIONWIDE "STAY" OF EVICTIONS AND THE CDC NATIONWIDE EVICTION MORATORIUM BUT THE DEFENDANT STATED "THE CDC AND FEDERAL REGISTRY HAS NO JURISDICTION IN ARAPAHOE COUNTY, STATE OF COLORADO.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   09/07/2021

Signature of Plaintiff   By: Michael Kryka all rights reserved

Printed Name of Plaintiff   MICHAEL KRYKA (PRO SE)

### B. For Attorneys

Date of signing:

Signature of Attorney   N/A
Printed Name of Attorney   N/A
Bar Number
Name of Law Firm
Address

                                 *City*                   *State*         *Zip Code*

Telephone Number
E-mail Address